UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIA RACINE,

                  Plaintiff,

      - against -

KOCH INDUSTRIES, INC., JULIA KOCH,
MARY KOCH, and MATADOR
SECURITY COMPANY NY, LLC,

                  Defendants.

**ORDER**

20 Civ. 9469 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Plaintiff is directed to respond to Defendants' assertion that no Defendant has been properly served with the Summons and Complaint, see Dkt. No. 12, by **January 15, 2021**.

Dated:  New York, New York
       January 8, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge