UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIA RACINE,

                Plaintiff,

- against -

KOCH INDUSTRIES, INC., JULIA KOCH, an individual, MARY KOCH, an individual, and MATADOR SECURITY COMPANY NY, LLC,

                Defendants.

**ORDER**

20 Civ. 9469 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        At today's conference, Plaintiff consented to the dismissal of her Title VII claims against Julia Koch and Mary Koch. Accordingly, those claims are dismissed.

        Any amended complaint will be filed by March 2, 2021. By March 9, 2021, Defendants will submit a letter stating whether they wish to pursue motion practice. If so, Defendants will propose a briefing schedule that has been discussed with Plaintiff's counsel.

Dated: New York, New York
       February 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge