UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIA RACINE,

                Plaintiff,

- against -

KOCH INDUSTRIES, INC., JULIA KOCH, an individual, MARY KOCH, an individual, and MATADOR SECURITY COMPANY NY, LLC,

                Defendants.

**ORDER**

20 Civ. 9469 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for May 27, 2021 is adjourned <u>sine die</u>.

Dated:  New York, New York
         May 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge