UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIA RACINE,

                    Plaintiff,

    -v-

CIVIL ACTION NO.: 20 Civ. 9469 (PGG) (SLC)

KOCH INDUSTRIES, INC., JULIA KOCH, an
individual, MARY KOCH, an individual, and
MATADOR SECURITY COMPANY NY, LLC,

<u>ORDER</u>

                    Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

The Court has received records from Verizon Wireless ("Verizon," the "Verizon Records") responsive to Plaintiff Felicia Racine's subpoena (the "Verizon Subpoena" (ECF No. 37-1 at 8–9)). At the May 6, 2021 discovery conference, the Court ordered (the "May 6 Order") that "Verizon [] notify the parties when records responsive to the [Verizon] [S]ubpoena are ready for production, and the parties shall then notify the Court of their agreed mechanism for Verizon [] to transmit the [Verizon] [R]ecords to the Court directly. (ECF No. 38 at 2). The Court also ordered that "[t]he parties shall jointly submit to the Court (by email to Cave_NYSDChambers@nysd.uscourts.gov) an explanation of relevant individuals' telephone numbers and any additional information that would assist Judge Cave's <u>in camera</u> review of the Verizon [R]ecords." (<u>Id.</u>)

The parties did not notify the Court of the mechanism for Verizon to transmit the [R]ecords to the Court as required by the May 6 Order.

By **Monday, June 7, 2021**, the parties shall jointly email the Court the information required by the May 6 Order, including, at a minimum, an explanation of relevant individuals' telephone numbers.

Dated:     New York, New York
          June 2, 2021

                    SO ORDERED

**SARAH L. CAVE**
**United States Magistrate Judge**