UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIA RACINE,

              Plaintiff,

-v-

KOCH INDUSTRIES, INC., JULIA KOCH, an individual, MARY KOCH, an individual, and MATADOR SECURITY COMPANY NY, LLC,

              Defendants.

CIVIL ACTION NO.: 20 Civ. 9469 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court has completed its <u>in camera</u> review of Verizon Wireless ("Verizon") telephone records as contemplated by the May 6, 2021 Order (ECF No. 38). The Court will email documents responsive to the parties' June 7, 2021 instructions (the "Responsive Telephone Records") to the parties today. Accompanying the Responsive Telephone Records are: (i) a Verizon business records certification; and (ii) a Verizon letter indicating that "[s]ome of the requested records no longer exist . . . ."[1]

Dated:    New York, New York
             June 23, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] Verizon produced records from the telephone number ending -6293, not from the telephone number ending -5161. Accordingly, the Responsive Telephone Records consist of "[r]ecords between Felicia Racine [-4386] and Mary Julia Koch [-6293]." E-mail from Russell Feldman to Cave NYSD Chambers, et al. (June 7, 2021, 9:04 PM).