**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile:  212.492.2501
www.ogletreedeakins.com

Patrick M. Collins
212.492.2504
patrick.collins@ogletree.com

July 12, 2021

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court,
 Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Felicia Racine v. Koch Industries, Inc., et al.*
              Case No. 20-cv-09469-PGG-SLC
              Joint Mediation Status Report

Dear Judge Cave:

      We represent defendants Koch Industries, Inc., Matador Security Company NY, LLC, Julia Koch and Mary Julia Koch in the above-referenced action. On behalf of all parties, and in accordance with the Court's Order dated June 21, 2021 (ECF No. 49), we submit this joint mediation status report.

      On July 7, 2021, the parties participated in a private mediation before Marc E. Isserles, Esq., of JAMS ADR Services. The parties have continued to work with Mr. Isserles today in an attempt to resolve this matter.

                             Respectfully submitted,

                             OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART, P.C

                             By: */s/ Patrick M. Collins*
                               Patrick M. Collins

     cc:    Counsel of Record (via ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington